Rose Jaffe and Others, Respondents, v. Joseph Slutsky and Nevele Mansion, Appellants.— Order reversed on the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, on the ground that the convenience of witnesses and the ends of justice will be served by changing the venue to Ulster county. Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ., concur.

Martha Monroe, Respondent, v. Arthur Lewis and Clarence Lewis, Doing Business as Lewis Brothers, and William F. Angus, Appellants, Impleaded with Ernest Bornkessel, Defendant.— Order setting aside verdict unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.